IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SUSANA HERNANDEZ,<br><br>    Plaintiffs,<br>vs.<br><br>MEDPLAST FREMONT, INC., et al.,<br><br>    Defendants.<br>_____/ | No. C 14-04462 RS<br><br>**STANDBY ORDER OF DISMISSAL** |

The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates all pretrial and trial dates. The parties are required to file a stipulation of dismissal by **January 26, 2015**. If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **January 29, 2015 at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed. Failure to comply with this Order may result in dismissal of the case.

IT IS SO ORDERED.

Dated: 12/5/14

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE